FILED
4/25/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-20-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| WILLIAM SEARS STEBBINS, | |
| Defendant. | |

Before the Court is the United States' unopposed Motion for a Preliminary Order of Forfeiture. Defendant William Sears Stebbins appeared before the Court on April 2, 2019, and entered a plea of guilty to the Indictment. He also admitted the forfeiture allegation. Stebbins' plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2253.

IT IS ORDERED:

THAT Stebbins' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253:

- Samsung Galaxy Tab 4 tablet, GSM_SM-T230NU, S/N: R52H20GMYLP.

1

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253, and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 25th day of April, 2019.

_____
CHARLES C. LOVELL
Senior United States District Judge