FILED

JUL 02 2019

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. WILLIAM SEARS STEBBINS, **Defendant.** | CR 18-20-H-CCL <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on April 25, 2019;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. S 853(n)(1); and

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253.

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party:

- Samsung Galaxy Tab 4 tablet, GSM_SM-T230NU, S/N: R52H20GMYLP.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 2nd day of July, 2019.

CHARLES C. LOVELL
Senior United States District Judge